Gregory L. Weeks, CSB 58584
Janet Robertson Kaufman, CSB 116143
Gregory K. Nelson, CSB 203029
Chandler G. Weeks, CSB 245503
WEEKS, KAUFMAN, NELSON & JOHNSON
462 Stevens Avenue, Suite 310
Solana Beach, CA  92075
Telephone:  (858) 794-2140
Facsimile:  (858) 794-2141
Email:  Office@wknjlaw.com

**JS-6**

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| **OAKLEY, INC.**, a Washington corporation,<br><br>            Plaintiff,<br><br>    vs.<br><br>**ZEAL OPTICS, INC.**, a Utah corporation,<br><br>            Defendants. | Case No.:  SACV 07-1153 AHS(PJWx)<br><br>ORDER FOR DISMISSAL |

On stipulation of the parties, it being represented to the Court that Plaintiff, Oakley, Inc. (hereinafter referred to as "Oakley") and Defendant Zeal Optics, Inc. (hereinafter referred to as "Defendant") have settled their differences with respect to the matters in dispute by way of a separate confidential agreement between the parties.  On the consent of the parties and their attorneys, and good cause having been shown,

… … …

IT IS HEREBY ORDERED, ADJUDICATED, AND DECREED:

That all claims, counterclaims and defenses of Oakley and Defendant are dismissed with prejudice.

IT IS HEREBY ORDERED.

DATED: <u>August 15, 2008.</u>

**<u>ALICEMARIE H. STOTLER</u>**
Chief Judge, U.S. District Court